AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, James B. | United States District Court - District of New Jersey | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full Time Magistrate Judge | ☐ Nomination   Date<br>☐ Initial   ✔ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States District Court
Martin Luther King Jr Federal Courthouse
50 Walnut Street
Newark, New Jersey 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Executor | Estate #1 |
| 4. | Adjunct Professor | Seton Hall Law School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Seton Hall Law School - teaching | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Little Lambs Preschool (salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. Citibank | Credit Card | J |
| 3. Chase | Credit Card | J |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, James B.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ]   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TRUST #1 (H) | | | | | | | | | |
| 2. Advantage Bank (cash) (X) | A | Interest | M | T | | | | | |
| 3. American Balanced Fund (ABALX) | B | Dividend | K | T | | | | | |
| 4. TRUST #2 (H) | | | | | | | | | |
| 5. Credit Suisse Float Rate High Inc. C (CHICX) | A | Dividend | K | T | Sold (part) | 01/30/19 | J | | |
| 6. Fidelity Bank (cash) | A | Interest | | | Closed | 02/12/19 | J | | |
| 7. IRA #1 (H) | | | | | | | | | |
| 8. AMCAP Class A Fund (AMCPX) | A | Int./Div. | J | T | | | | | |
| 9. American Mutual Class A Fund (AMRMX) | A | Int./Div. | J | T | | | | | |
| 10. IRA #2 (H) | | | | | | | | | |
| 11. AMCAP Class A Fund (AMCPX) | A | Int./Div. | J | T | | | | | |
| 12. American Mutual Class A Fund (AMRMX) | A | Int./Div. | J | T | | | | | |
| 13. IRA #3 (H) | | | | | | | | | |
| 14. Morgan Stanley Bank NA (cash) | A | Interest | K | T | | | | | |
| 15. American Electric Power Co (AEP) | A | Dividend | | | Sold | 03/21/19 | K | D | |
| 16. Applied Materials Inc (AMAT) | A | Dividend | K | T | | | | | |
| 17. AT&T Inc (T) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, James B.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Bank Of America Corp (BAC) | A | Dividend | K | T | | | | | |
| 19.   BP PLC ADS (BP) | B | Dividend | K | T | | | | | |
| 20.   Cisco Sys Inc (CSCO) | A | Dividend | K | T | | | | | |
| 21.   CVS Health Corp Com (CVS) | A | Dividend | K | T | Buy | 03/21/19 | J | | |
| 22.   Enbridge Inc (ENB) | A | Dividend | J | T | | | | | |
| 23.   Exxon Mobil Corp (XOM) | A | Dividend | K | T | | | | | |
| 24.   Ford Motor Co New (F) | A | Dividend | J | T | | | | | |
| 25.   General Motors Co (GM) | A | Dividend | J | T | | | | | |
| 26.   Honeywell International Inc (HON) | B | Dividend | L | T | | | | | |
| 27.   Intel Corp (INTC) | A | Dividend | K | T | | | | | |
| 28.   Johnson & Johnson (JNJ) | | None | | | Sold | 01/02/19 | K | A | |
| 29.   Merck & Co Inc New Com (MRK) | A | Dividend | K | T | | | | | |
| 30.   Morgan Stanley (MS) | A | Dividend | K | T | | | | | |
| 31.   New York Community Bancorp Inc (NYCB) | A | Dividend | J | T | | | | | |
| 32.   Philip Morris Intl Inc (PM) | B | Dividend | K | T | | | | | |
| 33.   Resideo Technologies (REZI) | | None | J | T | | | | | |
| 34.   Royal Dutch Shell PLC Cl B (RDS'B) | B | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Seagate Technology PLC (STX) | A | Dividend | K | T | | | | | |
| 36. Southern Co (SO) | A | Dividend | K | T | | | | | |
| 37. Texas Instruments (TXN) | A | Dividend | | | Sold | 06/25/19 | K | D | |
| 38. Citigroup Inc 7.125%-J (CJ) | A | Interest | J | T | | | | | |
| 39. Duke Energy Corp (DUK.A) | A | Dividend | J | T | Buy | 06/27/19 | J | | |
| 40. Public Storage 6%-Z (PSA.Z) | A | Interest | | | Redeemed | 06/27/19 | J | | |
| 41. Blackrock Tax Municipal Bd Tr (BBN) | A | Dividend | J | T | | | | | |
| 42. Eaton Vance Tax Mgd Div Eq Fd (EXG) | A | Dividend | J | T | | | | | |
| 43. First Tr MLP & Enrg Inc Fund (FEI) | A | Dividend | J | T | | | | | |
| 44. Gamco Natural Res (GNT) | A | Dividend | J | T | | | | | |
| 45. MS Emerging Mkts Domestic Debt (EDD) | A | Dividend | J | T | | | | | |
| 46. Bank Of America Corp 6.25% Fxd To<br>09-05-2024 Floats (060505EH3) | | None | J | T | | | | | |
| 47. ConocoPhillips 5.9% 10/15/2032<br>(20825CAF1) | A | Interest | J | T | | | | | |
| 48. GNR 2004·16 AE (38374FGZ1) | A | Interest | J | T | | | | | |
| 49. MSILF Treasury Securities Inst (MSUXX) | A | Dividend | J | T | Buy | 03/25/19 | K | | |
| 50. | | | | | Sold<br>(part) | 06/25/19 | K | | |
| 51. Nuveen NWQ Global Equity Inc A<br>(NQGAX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ESTATE ACCOUNT #1 (H) | | | | | | | | | |
| 53. Morgan Stanley Bank N.A. (cash) (Y) | | | | | | | | | |
| 54. Citigroup Inc (C) (Y) | | | | | | | | | |
| 55. Prudential Financial Inc (PRU) | A | Dividend | | | Sold | 12/16/19 | K | C | |
| 56. Nuveen Enhanced Mun Cred Opp Fd (NZF) | A | Dividend | | | Sold | 12/16/19 | K | | |
| 57. Nuveen NJ Div Muni Fund (NXJ) | B | Dividend | | | Sold | 12/16/19 | K | | |
| 58. Nuveen Quality Muni Inc Fund (NAD) | A | Dividend | | | Sold | 12/16/19 | K | | |
| 59. Morris Cnty NJ Impt Auth Ref (618028CN2) | A | Interest | | | Redeemed | 03/15/19 | K | | |
| 60. New Jersey St Edl Facs Auth Rev-B Princeton Univ (646065E32) | B | Interest | | | Redeemed | 07/01/19 | K | A | |
| 61. New Jersey Turnpike Authority Turnpike Revenue (6461393H6) | B | Interest | | | Sold | 12/17/19 | K | | |
| 62. NJ EDA Sch Facs Construction Ref Ser-GG (645918C35) | B | Interest | | | Sold | 12/17/19 | K | A | |
| 63. Somerset Hills Sch Dist NJ Sch Bldg Ref (834735DZ2) | A | Interest | | | Sold | 12/17/19 | K | | |
| 64. Union Cnty N J Utils Auth Solid Waste Ref Rev (906365ET4) | B | Interest | | | Sold | 12/17/19 | K | | |
| 65. New Jersey Turnpike Authority Turnpike Revenue Ser F (6461394M4) | B | Interest | | | Sold | 12/17/19 | K | A | |
| 66. East Brunswick Twp N J Brd Ed Ref (271299MA4) | A | Interest | | | Sold | 12/17/19 | K | | |
| 67. New Jersey St Genl Oblig (646039VP9) | B | Interest | | | Sold | 12/17/19 | L | A | |
| 68. Port Auth NY & N J Cons 171st Series (73358WGC2) | A | Interest | | | Sold | 12/17/19 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. New Jersey St Tpk Auth Tpk Rev-E (6461395W1) | B | Interest | | | Sold | 12/17/19 | L | A | |
| 70. MSILF Treasury Securities Inst (MSUXX) | A | Dividend | M | T | Buy | 07/02/19 | M | | |
| 71. | | | | | Sold (part) | 12/19/19 | K | | |
| 72. ESTATE ACCOUNT #2 (H) | | | | | | | | | |
| 73. Morgan Stanley Bank N.A. (cash) (Y) | | | | | | | | | |
| 74. Abbott Laboratories (ABT) | A | Dividend | | | Sold | 06/28/19 | L | E | |
| 75. Abbvie Inc Com (ABBV) | B | Dividend | | | Sold | 06/28/19 | L | D | |
| 76. Exxon Mobil Corp (XOM) | A | Dividend | | | Sold | 06/28/19 | K | | |
| 77. General Electric Co (GE) | A | Dividend | | | Sold | 06/28/19 | J | | |
| 78. PPL Corporation (PPL) | B | Dividend | | | Sold | 06/28/19 | K | | |
| 79. Verizon Communications (VZ) | B | Dividend | | | Sold | 06/28/19 | L | C | |
| 80. Wells Fargo & Co New (WFC) | B | Dividend | | | Sold | 06/28/19 | L | | |
| 81. Nuveen Amt-Free Quality Mun Inc (NEA) | A | Dividend | | | Sold | 06/28/19 | K | | |
| 82. Nuveen Enhanced Mun Cred Opp Fd (NZF) | A | Dividend | | | Sold | 06/28/19 | K | | |
| 83. Nuveen Quality Muni Inc Fund (NAD) | A | Dividend | | | Sold | 06/28/19 | K | | |
| 84. Passaic Cnty N J Impt Auth Pkg Fac Rev (702754CB6) | A | Interest | | | Sold | 06/28/19 | K | | |
| 85. New Jersey Turnpike Authority Turnpike Revenue Ser-A (6461393H6) | B | Interest | | | Sold | 06/28/19 | K | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | West Orange Twp N J Gen Impt (954898CT7) | A | Interest | | | Sold | 06/28/19 | K | | |
| 87. | New Jersey Econ Dev Auth School Facs Construction Rev (645918U35) | A | Interest | | | Sold | 06/28/19 | K | | |
| 88. | Delaware River Joint Toll Bridge Commission Sys Rev (246343KPI) | A | Interest | | | Sold | 06/28/19 | K | | |
| 89. | New Jersey St Rutgers Univ Econ Dev Auth Lease Rev (64577FCC7) | A | Interest | | | Sold | 06/28/19 | K | | |
| 90. | New Jersey St Edl Facs Auth Rev-A (6460657Z9) | B | Interest | | | Sold | 06/28/19 | K | | |
| 91. | New Jersey St Tpk Auth Tpk Rev-E (6461395W1) | A | Interest | | | Sold | 06/28/19 | K | | |
| 92. | MSILF Treasury Securities Inst (MSUXX) | B | Dividend | | | Buy | 02/15/19 | M | | |
| 93. | | | | | | Sold | 11/06/19 | M | | |
| 94. | ESTATE ACCOUNT #3 (H) | | | | | | | | | |
| 95. | Escrow General Motors Corp 7/2% (370ESCBB0) (Y) | | | | | | | | | |
| 96. | Escrow General Motors 8/25% (370ESCBW4) (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, James B.** | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, James B. | 05/01/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James B. Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544